**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

ANNAL MANAGEMENT CO., LTD.,

                     Plaintiff,

    -against-

TRAVELERS EXCESS AND SURPLUS LINES COMPANY,

                     Defendants.

------------------------------------- x

ORDER

19 Civ. 1450 (GBD)

GEORGE B. DANIELS, United States District Judge:

The November 14, 2019 final pre-trial conference is cancelled. An Oral Argument is scheduled for February 6, 2020 at 10:30 am.

Dated: New York, New York
       November 13, 2019

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge