**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANNAL MANAGEMENT CO., LTD.,

                Plaintiff,                      19 **CIVIL** 1450 (GBD)

    -against-                         **JUDGMENT**

TRAVELERS EXCESS AND SURPLUS LINES
COMPANY,
                Defendant.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated September 23, 2020, Defendant's motion for summary judgment is DENIED. Plaintiff's motion for summary judgment is GRANTED.

**Dated:**  New York, New York
          September 23, 2020

                                                **RUBY J. KRAJICK**
                                                      **Clerk of Court**
                  **BY:**     *K. Mango*
                                                       **Deputy Clerk**