UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------x
ANNAL MANAGEMENT CO., LTD.,

        Plaintiff,

vs.                                  1:19-CV-01450 (GBD) (DCF)

TRAVELERS EXCESS AND SURPLUS
LINES COMPANY,

                                    **PROPOSED JUDGMENT**

        Defendant.

------------------------------------------------------x

THIS MATTER having been brought before the Court on the motion of RAFFI MOMJIAN P.C., attorneys for the Plaintiff for the entry of a proposed Judgment in Plaintiff's favor and against Defendant; and upon the parties cross-motions for summary judgment pursuant to R. 56 of the Fed. R. Civ. Proc. filed in accordance with the Court's First Amended Scheduling Order dated October 1, 2019; and the Court having heard oral argument and having rendered a Memorandum Decision and Order dated September 23, 2020, granting Plaintiff's motion and denying Defendant's motion; and for good cause shown;

IT IS on this **OCT 2 9 2020** , day of October, 2020,

**ORDERED** that judgment herein shall be entered against Defendant, Travelers Excess and Surplus Lines Company and in favor of Plaintiff, Annal Management Co., Ltd., in the principal amount of $161,038.83, plus prejudgment interest in the amount of $31,242.57, for a total sum of $192,281.40; and it is further

**ORDERED** that a copy of this Order shall be deemed served on Defendant upon electronic filing of this Order of Judgment by the Court.

SO ORDERED.

*George B. Daniels*

Hon. George B. Daniels, U.S.D.J.

OCT 2 9 2020

DATED: October_____, 2020
       New York, New York